IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES DOLIS,

    Plaintiff,

v.

DR. SANTOS and KREBS,

    Defendants.

Case No. 12-cv-949-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("R & R") (Doc. 46) of Magistrate Judge Philip M. Frazier recommending this Court (1) grant Dolis' motion for leave to file an amended complaint (Doc. 36); (2) deny Krebs' motion to dismiss (Doc. 17); and (3) deny Dolis' motion for summary judgment (Doc. 26).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby

- **ADOPTS** the R & R (Doc. 46);
- **GRANTS** Dolis' motion for leave to file an amended complaint (Doc. 36);
- **DIRECTS** the Clerk of Court to file Dolis' amended complaint;
- **DIRECTS** the defendants to file a responsive pleading to Dolis' amended complaint;

- **DENIES** Krebs' motion to dismiss (Doc. 17) as moot; and

- **DENIES** Dolis' motion for summary judgment (Doc. 26).

**IT IS SO ORDERED.**

**DATED:** March 5, 2013

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
