IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES DOLIS,

    Plaintiff,

v.

DR. SANTOS and KREBS,

    Defendants.

Case No. 12-cv-949-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff James Dolis' objection (Doc. 82) to Magistrate Judge Philip M. Frazier's order (Doc. 79) denying Dolis' motion to appoint counsel (Doc. 78).

A district court reviewing a magistrate judge's decision on nondispositive issues should modify or set aside that decision if it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

The Court has reviewed Magistrate Judge Frazier's order denying Dolis' motion to appoint counsel and finds that it is neither clearly erroneous nor contrary to law. Accordingly, the Court **OVERRULES** Dolis' objection (Doc. 82).

**IT IS SO ORDERED.**

**DATED:** July 22, 2013

                                                        s/ J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **DISTRICT JUDGE**