IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DOLIS, R42411, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-00949-JPG-PMF |
| ) | |
| DR. SANTOS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 139) of Magistrate Judge Philip M. Frazier with regard to Defendant Dr. Santos' Partial Motion (Doc. 92) for Summary Judgment on the Issue of Exhaustion.  There were no objections to the R & R by any party.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 139) and **GRANTS** Dr. Santos' Partial Motion (Doc. 92) for Summary Judgment on the Issue of Exhaustion and **DISMISSES** Count 6 of the amended complaint with prejudice.

**IT IS SO ORDERED.**

**DATED:**  11/25/2014           s/J. Phil Gilbert
                                 **J. PHIL GILBERT**
                                 **DISTRICT JUDGE**