IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DOLIS, R42411, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 12-cv-00949-JPG-PMF |
| | ) |
| DR. SANTOS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**MEMORANDUM AND ORDER**

    This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 140) of Magistrate Judge Philip M. Frazier with regard to Defendant Lisa Krebs' Motion (Doc. 96) for Summary Judgment on the Issue of Exhaustion. There were no objections to the R & R by any party.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has received no objection to the Report and Recommendation. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 140) and **DENIES** Defendant Lisa Krebs' Motion (Doc. 96) for Summary Judgment.

    **IT IS SO ORDERED.**

    **DATED:** 11/25/2014         s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**